```
LAWRENCE G. BROWN
Acting United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARLIN FIREARMS CO., .22 CALIBER RIFLE, SERIAL NUMBER OBLITERATED AND FEG 9MM, SEMIAUTOMATIC PISTOL, SERIAL NUMBER B70720. | 1:07-cr-00069 AWI<br><br>GOVERNMENT'S APPLICATION AND ORDER TO DESTROY FIREARMS |

### APPLICATION

On June 24, 2006, a traffic stop was conducted on Highway 49 South near Ashworth Road in Mariposa County, California. While contacting the driver, Carlos OCHOA, Sergeant J. Briese saw a rifle lying on the rear floorboard of the vehicle. The rifle was a Marlin Firearms Co., Glenfield Model 60, .22 caliber rifle, with an obliterated serial number. When asked, the passenger of the vehicle, Jose SANCHEZ, stated that the rifle belonged to him. A query of Jose SANCHEZ'S criminal history revealed that he had a felony conviction in 2001 for manufacturing marijuana, in violation of California Health and Safety Code Section 11358; and, possession of a dangerous weapon, in violation of California Penal Code Section 12020. SANCHEZ was arrested for possession of a firearm by a felon, in

1 violation of California Penal Code Section 12021(a); and,
2 possession of ammunition by a felon, in violation of California
3 Penal Code Section 12025(a)(3).  After SANCHEZ was placed under
4 arrest, a search of the vehicle was conducted to check for other
5 weapons.  Under the front passenger seat where SANCHEZ was
6 sitting, officers located another firearm.  The firearm was an
7 FEG, Model PJK-9HP; 9mm semiautomatic pistol, Serial Number:
8 B70720.  Officers asked OCHOA, prior to his arrest, if he had
9 any knowledge of the FEG 9mm pistol, Model PJK-9HP, Serial
10 Number: B70720 in the vehicle.  OCHOA told the officers that
11 they would have to arrest him as well as he was not going to
12 tell the officers who the firearm belonged to.  OCHOA was
13 arrested under Section 12025(a)(2) of the California Penal Code
14 for carrying a loaded concealed firearm.
15         Both SANCHEZ and OCHOA were taken into separate
16 interview rooms and read their Miranda Rights.  SANCHEZ stated
17 that he understood his rights and agreed to speak with the
18 officer.  SANCHEZ stated that the rifle belonged to him.  He
19 stated that the pistol belonged to OCHOA, but admitted he
20 handled the pistol.  OCHOA also stated that he understood his
21 rights and agreed to speak with the officer.  Deputy C. Ramirez
22 asked OCHOA if his (OCHOA'S) fingerprints would be on the FEG
23 9mm pistol.  OCHOA stated that he did not know and refused to
24 answer any more questions.
25         On July 23, 2007, SANCHEZ entered a guilty plea in
26 1:07-CR-00069 AWI to being a felon in possession of the
27 firearms, in violation of 18 U.S.C. § 922(g)(1).  The defendant
28 was sentenced on October 27, 2008 to twenty seven (27) months in

1 prison to run consecutive to his state sentence of 13 years for
2 voluntary manslaughter in an unrelated state case.  Due to the
3 defendant's felony convictions, he is prohibited by law from
4 owning, possessing or transferring any firearms.
5          A query of the Automated Firearms System (AFS) for the
6 FEG, 9mm pistol, Model PJK-9HP, Serial Number: B70720, resulted
7 in negative results.  The Marlin Firearms Co., Glenfield Model
8 60, 22 caliber had an obliterated serial number, and thus could
9 not be queried in AFS.  A review of an ATF firearms trace shows
10 that the original purchaser for the FEG 9mm pistol, Model PJK-
11 9HP, Serial Number: B70720, was Larry Ransom, DOB: 12/17/1961.
12 In a telephone interview with the Bureau of Alcohol, Tobacco,
13 Firearms and Explosives on December 30, 2008, Mr. Ransom
14 confirmed that he had purchased the FEG 9mm pistol, Model PJK-
15 9HP, Serial Number: B70720 from a firearms dealer named Devin
16 Tom.  Mr. Ransom stated that he sold the firearm sometime in
17 1997 or 1998.  He could not recall who he sold the firearm to.
18 Mr. Ransom was unable to provide any records pertaining to the
19 sale or transfer of these firearms.
20          Since lawful ownership of the firearms cannot be
21 clearly established and the firearms are no longer needed as
22 evidence, the government requests a Court Order authorizing the
23 Bureau of Alcohol, Tobacco, Firearms and Explosives to destroy
24 the Marlin Firearms Co., Glenfield Model 60, .22 caliber rifle,
25 with an obliterated serial number, and the FEG 9mm pistol, Model
26 PJK-9HP, Serial Number: B70720.

27                          /s/Dawrence W. Rice, Jr.
                            DAWRENCE W. RICE, JR.
28                          Assistant U.S. Attorney

ORDER

IT IS ORDERED THAT the Marlin Firearms Co., Glenfield Model 60, .22 caliber rifle, with an obliterated serial number and the FEG 9mm semiautomatic pistol, Model PJK-9HP, Serial Number: B70720, seized during the course of the investigation and prosecution of Jose Angel Sanchez in 1:07-CR-00069 AWI, be destroyed by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

IT IS SO ORDERED.

Dated: **January 27, 2009**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE